# EXHIBIT A-1



*EXCLUSIVE* Jennifer Lopez shows off her taut tummy as she leaves the gym...

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002204275 / 2020-04-17
**Application Title:** *EXCLUSIVE* Jennifer Lopez shows off her taut tummy as she leaves the gym in Miami - set number BGUS_1839202 - 34 images
**Title:** *EXCLUSIVE* Jennifer Lopez shows off her taut tummy as she leaves the gym in Miami - set number BGUS_1839202 - 34 images. [Group registration of published photographs. 34 photographs. 2020-01-20 to 2020-01-20]
**Description:** 34 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2020
**Publication Date Range:** 2020-01-20 to 2020-01-20
**Nation of First Publication:** United States
**Authorship on Application:** Carlos Marques; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2020 (34 photographs): 26082680, 26082679, 26082678, 26082677, 26082676, 26082675, 26082674, 26082673, 26082672, 26082671, 26082670, 26082669, 26082668, 26082667, 26082666, 26082665, 26082664, 26082663, 26082662, 26082661, 26082660, 26082659, 26082658, 26082657, 26082656, 26082655, 26082654, 26082653, 26082652, 26082651, 26082650, 26082649, 26082648, 26082647
**Names:** Marques, Carlos
BackGrid USA, Inc.



Save, Print and Email (Help Page)

*EXCLUSIVE* Jennifer Lopez arrives at the gym in preparation to her Super...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002204276 / 2020-04-17 |
| **Application Title:** | *EXCLUSIVE* Jennifer Lopez arrives at the gym in preparation to her Super Bowl show - set number BGUS_1838909 - 32 images |
| **Title:** | *EXCLUSIVE* Jennifer Lopez arrives at the gym in preparation to her Super Bowl show - set number BGUS_1838909 - 32 images. [Group registration of published photographs. 32 photographs. 2020-01-20 to 2020-01-20] |
| **Description:** | 32 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-01-20 to 2020-01-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Carlos Marques; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2020 (32 photographs): 26082716, 26082715, 26082714, 26082713, 26082712, 26082711, 26082710, 26082709, 26082708, 26082707, 26082706, 26082705, 26082704, 26082703, 26082702, 26082701, 26082700, 26082699, 26082698, 26082697, 26082696, 26082695, 26082694, 26082693, 26082692, 26082691, 26082690, 26082689, 26082688, 26082687, 26082686, 26082685 |
| **Names:** | Marques, Carlos |
| | BackGrid USA, Inc. |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Jennifer Lopez steps out for a doctor's visit with her boyfriend Alex
Search Results: Displaying 1 of 1 entries

### Jennifer Lopez steps out for a doctor's visit with her boyfriend Alex...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002097265 / 2018-04-03 |
| **Application Title:** | Jennifer Lopez steps out for a doctor's visit with her boyfriend Alex Rodriguez - set number BGUS  1100957 - 31 images |
| **Title:** | Jennifer Lopez steps out for a doctor's visit with her boyfriend Alex Rodriguez - set number BGUS  1100957 - 31 images. [Group registration of published photographs. 31 photographs. 2018-01-04 to 2018-01-04] |
| **Description:** | 31 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-04 to 2018-01-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Gerardo Vasquez; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (31 photographs): 10114190, 10114191, 10114192, 10114193, 10114194, 10114195, 10114196, 10114197, 10114198, 10114199, 10114200, 10114201, 10114202, 10114203, 10114204, 10114205, 10114206, 10114207, 10114208, 10114209, 10114210, 10114211, 10114212, 10114213, 10114214, 10114215, 10114216, 10114217, 10114218, 10114219, 10114220 |
| **Names:** | Vasquez, Gerardo |
| | BackGrid USA, Inc. |

Jennifer Lopez steps out for a doctors visit with her boyfriend Alex Rodriguez - set number BGUS_1100957 - 31 images

**Help   Search   History   Titles   Start Over**

Contact Us   Request Copies   Get a Search Estimate   Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page   Library of Congress Home Page

# Copyright
United States Copyright Office

**Help | Search | History | Titles | Start Over**

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves a
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

**Labeled View**

***\*EXCLUSIVE\* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002124790 / 2018-09-24 |
| **Application Title:** | *EXCLUSIVE* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves a gym session in Brentwood - set number BGUS  1284369 - 10 images |
| **Title:** | *EXCLUSIVE* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves a gym session in Brentwood - set number BGUS  1284369 - 10 images. [Group registration of published photographs. 10 photographs. 2018-07-09 to 2018-07-09] |
| **Description:** | 10 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-07-09 to 2018-07-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Edwin Blanco; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in July 2018 (10 photographs): 13809355, 13809356, 13809357, 13809358, 13809359, 13809360, 13809361, 13809362, 13809363, 13809364 |
| **Names:** | Blanco, Edwin<br>BackGrid USA, Inc. |

◀ previous   next ▶



**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾]   Format for Print/Save
Enter your email address: [        ]   Email

Help  Search  History  Titles  Start Over

*EXCLUSIVE* Looking good, girl! Jennifer Lopez facetimes Alex as she leaves a gym session in Brentwood - set number BGUS_1284369 - 10 images

[Contact Us](#)   [Request Copies](#)   [Get a Search Estimate](#)   [Frequently Asked Questions (FAQs) about Copyright](#)
[Copyright Office Home Page](#)   [Library of Congress Home Page](#)

# Copyright
### United States Copyright Office

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Jennifer Lopez gets in the groove outside the studio
Search Results: Displaying 1 of 1 entries

[previous] [next]

**Labeled View**

### *EXCLUSIVE* Jennifer Lopez gets in the groove outside the studio - set...

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002136861 / 2019-02-01
**Application Title:** *EXCLUSIVE* Jennifer Lopez gets in the groove outside the studio - set number BGUS  1393216 - 19 images
**Title:** *EXCLUSIVE* Jennifer Lopez gets in the groove outside the studio - set number BGUS  1393216 - 19 images. [Group registration of published photographs. 19 photographs. 2018-11-05 to 2018-11-05]
**Description:** 19 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2018
**Publication Date Range:** 2018-11-05 to 2018-11-05
**Nation of First Publication:** United States
**Authorship on Application:** Rafael Fontoura; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in November 2018 (19 photographs): 17244863, 17244864, 17244865, 17244866, 17244867, 17244868, 17244869, 17244870, 17244871, 17244872, 17244873, 17244874, 17244875, 17244876, 17244877, 17244878, 17244879, 17244880, 17244881
**Names:** Fontoura, Rafael
BackGrid USA, Inc.

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▼]  [Format for Print/Save]
Enter your email address: [_____] [Email]

Help  Search  History  Titles  Start Over

*EXCLUSVE* Jennifer Lopez gets in the groove outside the studio - set number BGUS_1393216 - 19 images

[Contact Us](#)   [Request Copies](#)   [Get a Search Estimate](#)   [Frequently Asked Questions (FAQs) about Copyright](#)
[Copyright Office Home Page](#)   [Library of Congress Home Page](#)