# EXHIBIT A-2

# Copyright
*United States Copyright Office*

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

[Help] [Search] [History] [Titles] [Start Over]

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
EXCLUSIVE: Countdown is on! Jennifer Lopez flashes her famous abs ahead of her
Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

***EXCLUSIVE: Countdown is on! Jennifer Lopez flashes her famous abs ahead of...***

**Type of Work:** Visual Material

**Registration Number / Date:** VA0002205217 / 2020-04-20

**Application Title:** EXCLUSIVE: Countdown is on! Jennifer Lopez flashes her famous abs ahead of her big Super Bowl show in brightly colored workout leggings ahead of Miami gym session. - set number SPL5142125 - 32 images

**Title:** EXCLUSIVE: Countdown is on! Jennifer Lopez flashes her famous abs ahead of her big Super Bowl show in brightly colored workout leggings ahead of Miami gym session. - set number SPL5142125 - 32 images. [Group registration of published photographs. 32 photographs. 2020-01-22 to 2020-01-22]

**Description:** 32 photographs : Electronic file (eService)

**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 6100 Wilshire Blvd., Suite 320, Los Angeles, CA, 90048, United States.

**Date of Creation:** 2020

**Publication Date Range:** 2020-01-22 to 2020-01-22

**Nation of First Publication:** Ireland

**Authorship on Application:** Alexander Morris; Domicile: United States. Authorship: photographs.

**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in January 2020 (32 photographs): 26117920, 26117919, 26117918, 26117917, 26117916, 26117915, 26117914, 26117913, 26117912, 26117911, 26117910, 26117909, 26117908, 26117907, 26117805, 26117804, 26117803, 26117802, 26117801, 26117800, 26117799, 26117798, 26117797, 26117796, 26117795, 26117794, 26117793, 26117792, 26117787, 26117772, 26117771, 26117770

**Names:** Morris, Alexander
Splash News and Picture Agency, LLC

[previous] [next]

**Save, Print and Email (Help Page)**

ntdown is on  Jennifer Lopez flashes her famous abs ahead of her big Super Bowl show in brightly colored workout leggings ahead of Miami gym session  - set number SPL51

| Select Download Format | Full Record ▼ | Format for Print/Save |

| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us   Request Copies   Get a Search Estimate   Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page   Library of Congress Home Page

# Copyright
United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

[ Help ] [ Search ] [ History ] [ Titles ] [ Start Over ]

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Jennifer Lopez gets a warm welcome from her personal trainer as she hits the
Search Results: Displaying 1 of 1 entries

[ previous ] [ next ]

**Labeled View**

*Jennifer Lopez gets a warm welcome from her personal trainer as she hits...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002205563 / 2020-04-24
**Application Title:** Jennifer Lopez gets a warm welcome from her personal trainer as she hits the gym for the first time since her Super Bowl show, Miami. - set number SPL5146412 - 18 images
**Title:** Jennifer Lopez gets a warm welcome from her personal trainer as she hits the gym for the first time since her Super Bowl show, Miami. - set number SPL5146412 - 18 images. [Group registration of published photographs. 18 photographs. 2020-02-06 to 2020-02-06]
**Description:** 18 photographs : Electronic file (eService)
**Copyright Claimant:** Splash News and Picture Agency, LLC, Transfer: By written agreement. Address: 6100 Wilshire Blvd., Suite 320, Los Angeles, CA, 90048, United States.
**Date of Creation:** 2020
**Publication Date Range:** 2020-02-06 to 2020-02-06
**Nation of First Publication:** Ireland
**Authorship on Application:** Steve Dennett; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in February 2020 (18 photographs): 26462713, 26462712, 26462711, 26462710, 26462709, 26462708, 26462707, 26462706, 26462705, 26462704, 26462703, 26462702, 26462701, 26462700, 26462699, 26462698, 26462697, 26462696
**Names:** Dennett, Steve
Splash News and Picture Agency, LLC

[ previous ] [ next ]

**Save, Print and Email (Help Page)**
Select Download Format [ Full Record ▼ ] [ Format for Print/Save ]
Enter your email address: [            ] [ Email ]

2020-06-19 09:03:28                                                            Page 1 of 2

Jennifer Lopez gets a warm welcome from her personal trainer as she hits the gym for the first time since her Super Bowl show- Miami  - set number SPL5146412 - 18 images

Help  Search  History  Titles  Start Over

Contact Us   Request Copies    Get a Search Estimate    Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page    Library of Congress Home Page