# EXHIBIT B-1



Thursday's looking so good

@jlo

https://scontent-atl3-1.cdninstagram.com/vp/671d6446902d05cac690e73bf98aaf0c/5C86D2B4/t51.2885-15/e35/44254854_118828649111321_8958178228222100795_n.jpg __ at __ 2018-11-06 08:47:52 -08:00 __

Case 2:20-cv-10541-MWF-MAA Document 1-3 Filed 11/18/20 Page 3 of 7 Page ID #:26





https://scontent-dft4-3.cdninstagram.com/t51.2885-15/e35/25022049_2036396019938139_8221451811324690432_n.jpg
__ at __ 2018-01-05 13:35:08 -08:00 __








