POS-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Joanna Ardalan, Esq. \| SBN: 285384<br>ONE, LLP<br>4000 MacArthur Blvd East Tower Suite 500   Newport Beach, CA 92660<br><br>TELEPHONE NO.: (949) 502-2870 \| FAX NO. (949) 258-5081 \| E-MAIL ADDRESS jardalan@onellp.com<br>ATTORNEY FOR (Name): Plaintiffs: Backgrid USA, Inc. and Splash News and Picture Agency, LLC | FOR COURT USE ONLY |

| |
|---|
| CENTRAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 350 WEST 1ST STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: LOS ANGELES |

| | |
|---|---|
| PLAINTIFF/PETITIONER: BACKGRID USA, INC., etc., et al.<br>DEFENDANT/RESPONDENT: NIYAMASOL LLC, etc. | CASE NUMBER:<br>2:20-CV-10541 MWF (MAAX) |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Backgrid v. Niyamasol |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Civil Cover Sheet; Corporate Disclosure Statement; Certificate and Notice of Interested Parties; Report ib tge Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Assignment to United States; Notice to Parties of Court-Directed ADR Program**

3. a. Party served *(specify name of party as shown on documents served):*
   **NIYAMASOL LLC, a Nevada limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Tina West - Agent for Service of Process**

4. Address where the party was served:   **4301 S Valley View Blvd., Ste 19**
   **Las Vegas, NV 89103-4008**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/9/2020**   (2) at *(time):* **10:37 AM**

   b. ☐ **by substituted service.** On *(date):*   at   *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date):*   from *(city):*   **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/OC43354 |

PETITIONER: BACKGRID USA, INC., etc., et al.

RESPONDENT: NIYAMASOL LLC, etc.

CASE NUMBER:
2:20-CV-10541 MWF (MAAX)

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: **Judith Mae All - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **200 West Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
   c. Telephone number: **(714) 558-2400**
   d. **The fee** for service was: **$ 200.30**
   e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner  ☑ employee     ☐ independent contractor.
      (ii) Registration No.: **R-040570**
      (iii) County: **Nevada**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/11/2020**

**N** **Nationwide Legal, LLC**
**200 West Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

_____
      **Judith Mae All** ▶ *Judith Mae All*
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)