Mark C. Fields, Esq.   100668
Law Offices of Mark C. Fields, APC
333 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
Tel: 213.617.5225
Fax: 213.629.4520
Email: fields@markfieldslaw.com#

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company<br><br>Plaintiff(s)<br>v.<br>NIYAMASOL, LLC, a Nevada limited liability company and DOES 1-10, inclusive<br><br>Defendant(s). | CASE NUMBER:<br>CV 20-10541-MWF (MAAx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of: NIYAMASOL, LLC, a Nevada limited Liability Company ,

Defendant to substitute Mark C. Fields who is Retained Counsel, 333 So. Grand Avenue, Suite 3400, Los

Angeles, California 90071;  Email: fields@markfieldslaw.com; Fax: 213.269.4520; Telephone: 213.617-5225;

State Bar No.: 100668 as attorney of record instead of Ashley N. Linn

**is hereby GRANTED.**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: February 1, 2021

_____
U. S. District Judge