ASHLEE LIN (SBN 275267)
alin@eisnerlaw.com
EISNER, LLP
9601 Wilshire Blvd., 7th Floor
Beverly Hills, California 90210
Telephone: (310) 855-3200
Facsimile: (310) 855-3201

Attorneys for NIYAMASOL, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BACKGRID USA, INC., a California corporation; SPLASH NEWS AND PICTURE AGENCY, LLC, a Nevada limited liability company,<br><br>                Plaintiffs,<br><br>        vs.<br><br>NIYAMASOL LLC, a Nevada limited liability company and DOES 1-10, inclusive,<br><br>                Defendant. | Case No. 2:20-cv-10541-MWF-MAA<br><br>*The Hon. Michael W. Fitzgerald*<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

  **PLEASE TAKE NOTICE** that Defendant NIYAMASOL, LLC and Plaintiffs BACKGRID USA, INC. and SPLASH NEWS AND PICTURE AGENCY, LLC have reached a settlement in principle this matter. The parties are in the process of drafting the settlement agreement, exchanging signatures, and complying with their respective obligations thereunder, and anticipate filing a dismissal of this action within 60 days.

DATED: November 9, 2021    EISNER, LLP

By: _____
ASHLEE LIN
Attorneys for NIYAMASOL, LLC

DATED: November 12, 2021   ONE, LLP

By:  /s/ Joanna Ardalan
JOANNA ARDALAN
Attorneys for BACKGRID USA, INC. and SPLASH NEWS AND PICTURE AGENCY, LLC

# PROOF OF SERVICE

**Backgrid USA, Inc., et al. v. Niyamasol, LLC**
**Case No. 2:20-cv-10541 MWF (MAAx)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 9601 Wilshire Blvd., 7th Floor, Beverly Hills, California 90210.

On November 12, 2021, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT IN PRINCIPLE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Eisner, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Beverly Hills, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2021, at Beverly Hills, California.

_____
Marisela Nogales

EISNER, LLP

785447.1

1
NOTICE OF SETTLEMENT IN PRINCIPLE

**SERVICE LIST**
**Backgrid USA, Inc., et al. v. Niyamasol, LLC**
**Case No. 2:20-cv-10541 MWF (MAAx)**

| | |
|---|---|
| Peter R. Afrasiabi, Esq.<br>**ONE, LLP**<br>4000 MacArthur Boulevard<br>Each Tower, Suite 500<br>Newport Beach, CA 92660<br>Telephone: (949) 502-2870<br>Facsimile:  (949) 258-5081<br>Email: pafrasiabi@onellp.com | **Attorneys for Plaintiffs BACKGRID USA, INC. and SPLASH NEWS AND PICTURE AGENCY, LLC** |
| Joanna Ardalan, Esq.<br>**ONE, LLP**<br>9301 Wilshire Boulevard<br>Penthouse Suite<br>Beverly Hills, CA 90210<br>Telephone: (310) 866-5157<br>Facsimile:  (310) 943-2085<br>Email: jardalan@onellp.com | **Attorneys for Plaintiffs BACKGRID USA, INC. and SPLASH NEWS AND PICTURE AGENCY, LLC** |